IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01561-JLK

**STEFANIE WALKER,**

      Plaintiff,

v.

**MEDICREDIT, INC.,**

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER has come before the Court on the Stipulation of Dismissal (Doc. 16). The Court being fully advised, ORDERS that pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice, each party to bear her or its own attorney fees and costs.

DATED this 26th day of April, 2016.

                                              _/s/ John L. Kane_
                                              John L. Kane
                                              Senior U.S. District Court Judge